UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ONEISHA HARVEY

    Plaintiff,

v.                                              NO: 2:12-CV-2841

IT'S ALL GOOD AUTO SALES, INC. and
MARK GOODFELLOW, individually and
d/b/a IT'S ALL GOOD AUTO SALES, INC.
AND KATONYA JACKSON, individually and
as an agent of IT'S ALL GOOD AUTO SALES, INC

    Defendants,

AGREED MOTION AND COMBINED MEMORANDUM
FOR CONSOLIDATED JUDICIAL SETTLEMENT CONFERENCE

COME NOW the Defendants, IT'S ALL GOOD AUTO SALES, INC ("IAG") and Mark Goodfellow ("Mr. Goodfellow") (collectively "Defendants"), by express agreement with Plaintiff's counsel, Cedric Harris, and move this Court for an Order referring the above refenced case to judicial mediation contemporaneous with the judicial mediation scheduled by this Court for April 17, 2013 at 9:30 a.m. in the case of Valerie Moore v. It's All Good Auto Sales, Inc., et al, Docket number 2:11-cv-02758-STA-cgc (Docket Entry #29).

WHEREFORE, PREMISES CONSIDERED, Defendants, by agreement with Plaintiff, move this Court for an order referring this matter to judicial settlement conference before Magistrate Judge Charmiane G. Claxton on April 16, 2013.

Respectfully submitted

MCDONALD KUHN, PLLC


BY: /S/ Evan Nahmias
Evan Nahmias, #19518
5400 Poplar Avenue, Suite 330
Memphis, TN 38119
(901)526-0606
Attorneys for Defendants


CERTIFICATE OF SERVICE

     A true and correct copy of this Agreed Motion and Memorandum has been served via ECF or mailed, First Class, postage prepaid this the April 2, 2013 to the following:

Memphis Area Legal
Services
Bruce Harris
109 South Main Street,
Suite 200
Memphis, TN 38103

                                    /s/ Evan Nahmias
                                  E. Nahmias