UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

| | |
|---|---|
| ONEISHA HARVEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| IT'S ALL GOOD AUTO SALES, INC., and ) | |
| MARK GOODFELLOW, individually and ) | No. 2:12-cv-02841 |
| d/b/a IT'S ALL GOOD AUTO SALES, ) | JURY DEMAND |
| INC., AND KATONYA JACKSON, ) | |
| individually, ) | |
| ) | |
| Defendants. ) | |
| ) | |

ORDER OF MEDIATED SETTLEMENT AND DISMISSAL

---

CAME THE PARTIES, after successful judicial mediation before the Honorable Charmiane Claxton and announced that the parties came to a mutually satisfactory agreement as set forth within a Memorandum of Understanding and a Release and Settlement signed by all parties, and announced that this matter should be dismissed.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT the parties shall abide by the terms of the Memorandum of Understanding (entered into by the parties on April 24, 2013, and attached as Ex. 1 to the Release and Settlement Agreement), which is incorporated herein by reference, and that otherwise this matter is hereby dismissed. All matters of costs and attorney fees were resolved by the parties through the mediated settlement.

**IT IS SO ORDERED.**

Entered this 6th day of September, 2013.

**s/ S. Thomas Anderson**
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

APPROVED BY:

/Bruce C. Harris_____
BRUCE C. HARRIS, BAR NO. 019022
ATTORNEY FOR PLAINTIFF
MEMPHIS AREA LEGAL SERVICES
109 N. MAIN, SUITE 200
MEMPHIS, TENNESSEE 38103
(901) 523-8822

/Evan Nahmias_____
EVAN NAHMIAS, BAR NO.  019518
ATTORNEY FOR DEFENDANTS
MCDONALD KUHN PLLC
5400 POPLAR AVENUE, SUITE 330
MEMPHIS, TENNESSEE 38119
(901) 526-0606