*UNITED STATES DISTRICT COURT*
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

| | |
|---|---|
| **ONEISHA HARVEY** | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| **IT'S ALL GOOD AUTO SALES, INC.,** and MARK GOODFELLOW, individually and d/b/a IT'S ALL GOOD AUTO SALES, INC. AND KATONYA JACKSON, individually | **CASE NO: 12-2841-A** |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Mediated Settlement And Dismissal entered on September 6, 2013, this cause is hereby dismissed.

APPROVED:

s/ S. Thomas Anderson
**UNITED STATES DISTRICT COURT**

DATE: 9/10/2013

                                            THOMAS M. GOULD
                                            Clerk of Court

                                              s/Terry L. Haley
                                          (By)   Deputy Clerk